Jeffrey L. Fillerup, State Bar No. 120543
 jfillerup@rinconlawllp.com
Gregg S. Kleiner, State Bar No. 141311
 gkleiner@rinconlawllp.com
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712

Attorneys for Plaintiff,
Fred Hjelmeset, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GAGLIARDI INSURANCE SERVICES, INC.,<br><br>Debtor. | Case No. 20-51629 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond |
| FRED HJELMESET,<br>Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARCO GAGLIARDI, DOMINIC C. GAGLIARDI II, VITTORIO GAGLIARDI, AND HOUSTON CASUALTY COMPANY,<br><br>Defendants. | Adversary Proceeding No. 21-05034 MEH<br><br>**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** |

Fred Hjelmeset, Plaintiff in the above-captioned Adversary Proceeding, hereby dismisses his complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). This dismissal is made in conformity with the Trustee's settlement agreement with the Defendants, approved by the Bankruptcy Court by its order entered February 11, 2022 as Docket 80 in the Debtor's main bankruptcy case.

DATED: April 7, 2022          RINCON LAW LLP

                         By: */s/ Gregg S. Kleiner*
                             Gregg S. Kleiner
                             Attorneys for Plaintiff Fred Hjelmeset,
                             Chapter 7 Trustee